

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Albert Kuperman

    v.                      Civil No. 05-cv-185-PB

Commissioner, New Hampshire Department
of Corrections

O R D E R

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $4.20 is due no later than July 6, 2005. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $250.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    This case has been assigned number 05-cv-185-PB.

**SO ORDERED.**

                                        James R. Muirhead
                                        United States Magistrate Judge

Date: June 6, 2005

cc:    Albert Kuperman, pro se
       Bonnie S. Reed, Financial Administrator
       New Hampshire State Prison, Inmate Accounts

Kuperman v. NH Department of Corrections, Commissioner et al   Doc. 5