U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN 24 P 2:02

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Albert Kuperman</u>

v.                      Case No. 05-cv-185-PB

<u>Commissioner, NH Department of Corrections</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 16, 2005.

SO ORDERED.

June 24, 2005

_____
Paul Barbadoro
United States District Judge

cc: Albert Kuperman, Pro se
     Michael Brown, Esq.