```
U.S. DISTRICT COURT
 DISTRICT OF N.H.
      FILED

2005 AUG 11 P 3:41
```

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Albert A. Kuperman

v.                                              Case No. 05-cv-185-PB

Commissioner, New Hampshire
Department of Corrections, et al.

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 29, 2005, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed without prejudice.

SO ORDERED.

August 11, 2005

Paul Barbadoro
United States District Judge

cc:  Albert A. Kuperman, pro se